ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY – 3 2022

CLERK, U.S. DISTRICT COURT
By_____  3:41 pm
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:22-CR-_____ |
| LUIS CURIEL (01) | |

**4-22CR-132-P**

INFORMATION

The United States Attorney Charges:

Count One
Sexual Abuse of a Ward
(Violation of 18 U.S.C. § 2243(b))

In and during the month of October 2021, in the Fort Worth Division of the

Northern District of Texas, within the boundaries of a federal prison, Carswell Federal

Medical Center, located in Fort Worth, Texas, defendant **Luis Curiel** did knowingly

engage in a sexual act with the victims, B.B.M. and M.C., who were both at that time in

official detention and under the custodial, supervisory, or disciplinary authority of the

defendant, a Federal Correctional Officer.

In violation of 18 U.S.C. § 2243(b).

**Information – Page 2**

Count Two
Sexual Abuse of a Ward
(Violation of 18 U.S.C. § 2243(b))

In and during the month of October 2021, in the Fort Worth Division of the Northern District of Texas, within the boundaries of a federal prison, Carswell Federal Medical Center, located in Fort Worth, Texas, defendant **Luis Curiel** did knowingly engage in a sexual act with the victim, N.R., who was at that time in official detention and under the custodial, supervisory, or disciplinary authority of the defendant, a Federal Correctional Officer.

In violation of 18 U.S.C. § 2243(b).

Respectfully Submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: Aisha.Saleem@usdoj.gov

**Information - Page 2**